B5 (Official Form 5) (12/07)

| United States Bankruptcy Court for the _____ District of Utah (Central Division) | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br><br>Premier Resorts of Utah, Inc. d/b/a Deer Valley Lodging | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>Deer Valley Lodging |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):<br>Unknown | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>1375 Deer Valley Drive South<br>Park City, Utah  84060 | MAILING ADDRESS OF DEBTOR (If different from street address)<br><br>1375 Deer Valley Drive South<br>P.O. Box 3000<br>Park City, Utah  84060 |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Summit County<br>ZIP CODE  84060 | ZIP CODE  84060 |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7     ☐ Chapter 11
Chapter 7 Liquidation

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts<br>(Check **one** box.)<br><br>Petitioners believe:<br><br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☒ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | Nature of Business<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER
OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor<br>N/A | Case Number<br>N/A | Date<br>N/A |
|---|---|---|
| Relationship<br>N/A | District<br>N/A | Judge<br>N/A |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|
| 1. ☒ Petitioner (s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).<br>2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.<br>3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount; **See Footnote 1 below.**<br>      or<br>  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a  trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. | |

FOOTNOTE 1.  See Letter from Premier Resorts of Utah to William H. Topkis dated March 25, 2009, attached hereto as Exhibit A.  This is a sample of a form letter that was sent to each of the Petitioners.

B5 (Official Form 5) (12/07) – Page 2                    Name of Debtor Premier Resorts of Utah, Inc. d/b/a Deer Valley Lodging

                                                         Case No._____

| TRANSFER OF CLAIM |
|---|
| [ ] Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x /s/ Karl R. Sattler  /s/ Sandra Lee Sattler | x /s/ Joseph E. Tesch  4/27/09 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Karl R. and Sandra Lee Sattler          4.24.09 | Joseph E. Tesch (A3219), Tesch Law Offices, P.C. |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
|  | 314 Main Street, Suite 200, P.O. Box 3390, Park City, Utah 84060-3390 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Karl R. and Sandra Lee Sattler  3006 Evergreen Way  Ellicott, Maryland 21042 | (435) 649-0077 |
|  | Telephone No. |

| x _____ | x /s/ Joseph E. Tesch  7/5 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| WHT Loving Trust and JHT Loving Trust (50% interest each) | Joseph E. Tesch (A3219), Tesch Law Offices, P.C. |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
|  | 314 Main Street, Suite 200, P.O. Box 3390, Park City, Utah 84060-3390 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| 2580 Silver Cloud Court  Park City, Utah 84060-7039 | (435) 649-0077 |
|  | Telephone No. |

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney: Joseph E. Tesch (A3219), Tesch Law Offices, P.C. Date |
| R.A. Borsch Lodges, LLC |  |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
|  | 314 Main Street, Suite 200, P.O. Box 3390, Park City, Utah 84060-3390 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| 42035 N 113th Way  Scottsdale, AZ 8526 | (435) 649-0077 |
|  | Telephone No. |

| PETITIONING CREDITORS |||
|---|---|---|
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Karl R. and Sandra Lee Sattler  3006 Evergreen Way  Ellicott, Maryland 21042 | Owner's Share of Rental Income | $5,275.88 |
| Name and Address of Petitioner  WHT Loving Trust and JHT Loving Trust  2580 Silver Cloud Court  Park City, Utah 84060-7039 | Nature of Claim  Owner's Share of Rental Income | Amount of Claim  $5,349.92 |
| Name and Address of Petitioner  R.A. Borch Lodges, LLC  42035 N 113th Way  Scottsdale, Arizona 85262 | Nature of Claim  Owner's Share of Rental Income | Amount of Claim  $7,134.37 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims  See continuation sheet |

  yes   continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2                    Name of Debtor  Premier Resorts of Utah, Inc. d/b/a Deer Valley Lodging

Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Karl R. and Sandra Lee Sattler | Joseph E. Tesch (A3219), Tesch Law Offices, P.C. |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 314 Main Street, Suite 200, P.O. Box 3390, Park City, Utah 84060-3390 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| 3006 Evergreen Way | (435) 649-0077 |
| Ellicott, Maryland 21042 | Telephone No. |

| x /s/ [signature] TRUSTEE | x /s/ Joseph S. Tesch  4/27/09 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| WHT Loving Trust and JHT Loving Trust (50% interest each)  4-25-09 | Joseph E. Tesch (A3219), Tesch Law Offices, P.C. |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 314 Main Street, Suite 200, P.O. Box 3390, Park City, Utah 84060-3390 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Jeff Morley  P.O. Box 192  Fairfax, CA 94978 | (435) 649-0077 |
| ~~2580 Silver Cloud Court~~  ~~Park City, Utah 84060-7039~~ | Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney: Joseph E. Tesch (A3219), Tesch Law Offices, P.C.  Date |
| R.A. Borsch Lodges, LLC | |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
| | 314 Main Street, Suite 200, P.O. Box 3390, Park City, Utah 84060-3390 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | (435) 649-0077 |
| 42035 N 113th Way | Telephone No. |
| Scottsdale, AZ 8526 | |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Karl R. and Sandra Lee Sattler<br>3006 Evergreen Way<br>Ellicott, Maryland 21042 | Owner's Share of Rental Income | $5,275.88 |
| Name and Address of Petitioner<br>WHT Loving Trust and JHT Loving Trust<br>2580 Silver Cloud Court<br>Park City, Utah 84060-7039 | Nature of Claim<br>Owner's Share of Rental Income | Amount of Claim<br>$5,349.92 |
| Name and Address of Petitioner<br>R.A. Borch Lodges, LLC<br>42035 N 113th Way<br>Scottsdale, Arizona 85262 | Nature of Claim<br>Owner's Share of Rental Income | Amount of Claim<br>$7,134.37 |
| Note:  If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>See continuation sheet |

   yes    continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2                   Name of Debtor Premier Resorts of Utah, Inc. d/b/a Deer Valley Lodging

                                                        Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                      Date |
| Karl R. and Sandra Lee Sattler | Joseph E. Tesch (A3219), Tesch Law Offices, P.C. |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
|  | 314 Main Street, Suite 200, P.O. Box 3390, Park City, Utah 84060-3390 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
|  | (435) 649-0077 |
| 3006 Evergreen Way Ellicott, Maryland 21042 | Telephone No. |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                      Date |
| WHT Loving Trust and JHT Loving Trust (50% interest each) | Joseph E. Tesch (A3219), Tesch Law Offices, P.C. |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
|  | 314 Main Street, Suite 200, P.O. Box 3390, Park City, Utah 84060-3390 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
|  | (435) 649-0077 |
| ~~2580 Silver Cloud Court~~ ~~Park City, Utah 84060-7039~~ | Telephone No. |

| x /s/ Robert Borsch (Manager) | x /s/ Joseph E. Tesch   4/27/09 |
|---|---|
| Signature of Petitioner or Representative (State title) 4/24/09 | Signature of Attorney: Joseph E. Tesch (A3219), Tesch Law Offices, P.C.  Date |
| R.A. Borsch Lodges, LLC | Name of Attorney Firm (If any) |
| Name of Petitioner          Date Signed | 314 Main Street, Suite 200, P.O. Box 3390, Park City, Utah 84060-3390 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| ROBERT BORSCH | (435) 649-0077 |
| 42035 N 113th Way Scottsdale, AZ 8526 | Telephone No. |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Karl R. and Sandra Lee Sattler 3006 Evergreen Way Ellicott, Maryland 21042 | Owner's Share of Rental Income | $5,275.88 |
| Name and Address of Petitioner WHT Loving Trust and JHT Loving Trust 2580 Silver Cloud Court Park City, Utah 84060-7039 | Nature of Claim Owner's Share of Rental Income | Amount of Claim $5,349.92 |
| Name and Address of Petitioner R.A. Borch Lodges, LLC 42035 N 113th Way Scottsdale, Arizona 85262 | Nature of Claim Owner's Share of Rental Income | Amount of Claim $7,134.37 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims See continuation sheet |

                                    yes___ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2     Name of Debtor Premier Resorts of Utah, Inc. n/b/a Deer Valley Lodging

Case No._____

### TRANSFER OF CLAIM
☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF
Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_<br>Signature of Petitioner or Representative (State title)<br>Mark Lampe<br>Name of Petitioner         Date Signed  4/24/09 | x _[signature]_  4/27/09<br>Signature of Attorney     Date<br>Joseph E. Tesch (A3219), Tesch Law Offices, P.C.<br>Name of Attorney Firm (If any)<br>314 Main Street, Suite 200, P.O. Box 3390, Park City, Utah 84060-3390<br>Address<br>(435) 649-0077<br>Telephone No. |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Mark Lampe<br>1183 South 1500 East<br>Salt Lake City, UT 84105 | |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Jeff Morley<br>Name of Petitioner         Date Signed | x_____<br>Signature of Attorney     Date<br>Joseph E. Tesch (A3219), Tesch Law Offices, P.C.<br>Name of Attorney Firm (If any)<br>314 Main Street, Suite 200, P.O. Box 3390, Park City, Utah 84060-3390<br>Address<br>(435) 649-0077<br>Telephone No. |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Jeff Morley<br>P.O. Box 192<br>Fairfax, CA 94978 | |
| x_____<br>Signature of Petitioner or Representative (State title)<br>Sean O'Connor<br>Name of Petitioner         Date Signed | x_____<br>Signature of Attorney     Date<br>Joseph E. Tesch (A3219), Tesch Law Offices, P.C.<br>Name of Attorney Firm (If any)<br>314 Main Street, Suite 200, P.O. Box 3390, Park City, Utah 84060-3390<br>Address<br>(435) 649-0077<br>Telephone No. |
| Name & Mailing Address of Individual Signing in Representative Capacity<br>Sean O'Connor<br>8 Tesoro | |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Mark Lampe<br>1183 South 1500 East<br>Salt Lake City, Utah 84105 | Owner's Share of Rental Income | $4,221.95 |
| Jeff Morley<br>P.O. Box 192<br>Fairfax, CA 94978 | Owner's Share of Rental Income | $5,346.30 |
| Sean O'Connor<br>8 Tesoro<br>Newport Coast, CA 92657 | Owner's Share of Rental Income | $3,577.22 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>$30,905.64 |

___no___ continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2                                              Name of Debtor Premier Resorts of Utah, Inc. d/b/a Deer Valley Lodging

Case No.

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                            Date |
| Mark Lampe | Joseph E. Tesch (A3219), Tesch Law Offices, P.C. |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
|  | 314 Main Street, Suite 200, P.O. Box 3390, Park City, Utah 84060-3390 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Mark Lampe | (435) 649-0077 |
| 1183 South 1500 East | Telephone No. |
| Salt Lake City, UT 84105 |  |
| x /s/ Jeff Morley | x /s/ Joseph Tesch     4/27/09 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                            Date |
| Jeff Morley                    4-24-09 | Joseph E. Tesch (A3219), Tesch Law Offices, P.C. |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
|  | 314 Main Street, Suite 200, P.O. Box 3390, Park City, Utah 84060-3390 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Jeff Morley | (435) 649-0077 |
| P.O. Box 192 | Telephone No. |
| Fairfax, CA 94978 |  |
| x_____ | x_____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney                            Date |
| Sean O'Connor | Joseph E. Tesch (A3219), Tesch Law Offices, P.C. |
| Name of Petitioner            Date Signed | Name of Attorney Firm (If any) |
|  | 314 Main Street, Suite 200, P.O. Box 3390, Park City, Utah 84060-3390 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Sean O'Connor | (435) 649-0077 |
| 8 Tesoro | Telephone No. |
| Newport Coast, CA 92657 |  |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Mark Lampe<br>1183 South 1500 East<br>Salt Lake City, Utah 84105 | Owner's Share of Rental Income | $4,221.95 |
| Jeff Morley<br>P.O. Box 192<br>Fairfax, CA 94978 | Owner's Share of Rental Income | $5,346.30 |
| Sean O'Connor<br>8 Tesoro<br>Newport Coast, CA 92657 | Owner's Share of Rental Income | $3,577.22 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>$30,905.64 |

no    continuation sheets attached

B5 (Official Form 5) (12/07) – Page 2    Name of Debtor Premier Resorts of Utah, Inc. d/b/a Deer Valley Lodging

Case No._____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Mark Lampe | Joseph E. Tesch (A3219), Tesch Law Offices, P.C. |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
|  | 314 Main Street, Suite 200, P.O. Box 3390, Park City, Utah 84060-3390 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Mark Lampe | (435) 649-0077 |
| 1183 South 1500 East | Telephone No. |
| Salt Lake City, UT 84105 |  |

| x_____ | x_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Jeff Morley | Joseph E. Tesch (A3219), Tesch Law Offices, P.C. |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
|  | 314 Main Street, Suite 200, P.O. Box 3390, Park City, Utah 84060-3390 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Jeff Morley | (435) 649-0077 |
| P.O. Box 192 | Telephone No. |
| Fairfax, CA 94978 |  |

| x_/s/ S. O'Connor_____ | x_/s/ Joseph E. Tesch_  4/27/09 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                    Date |
| Sean O'Connor         4-24-09 | Joseph E. Tesch (A3219), Tesch Law Offices, P.C. |
| Name of Petitioner          Date Signed | Name of Attorney Firm (If any) |
|  | 314 Main Street, Suite 200, P.O. Box 3390, Park City, Utah 84060-3390 |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| Sean O'Connor | (435) 649-0077 |
| 8 Tesoro | Telephone No. |
| Newport Coast, CA 92657 |  |

**PETITIONING CREDITORS**

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Mark Lampe<br>1183 South 1500 East<br>Salt Lake City, Utah 84105 | Owner's Share of Rental Income | $4,221.95 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Jeff Morley<br>P.O. Box 192<br>Fairfax, CA 94978 | Owner's Share of Rental Income | $5,346.30 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Sean O'Connor<br>8 Tesoro<br>Newport Coast, CA 92657 | Owner's Share of Rental Income | $3,577.22 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>$30,905.64 |

_no_ continuation sheets attached

# EXHIBIT A

DEER VALLEY LODGING
PREMIER RESORTS PARK CITY
EXECUTIVE OFFICES

March 25, 2009

VIA FIRST CLASS MAIL

L2220H
William H. Topkis

Re: *Premier Resorts of Utah d/b/a Deer Valley Lodging*

Dear William H. Topkis:

As the owners of Premier Resorts, this is a very difficult letter for us to write, and one that we never thought would become necessary. As you are no doubt aware, the U.S. economy is struggling under the pressure of a credit crisis, the magnitude of which is unprecedented in modern financial times. This has been particularly difficult for companies in the hospitality industry that rely upon business lines of credit to even out the inconsistencies of their seasonal business operations. Added to this pressure is the fact that a broader economic recession/depression has also resulted in far fewer vacation travelers. In fact, lodging reservations in Park City this winter have been approximately 30% lower than what we have been experiencing over the past several years.

In response to all of this, Premier Resorts has tried to be fiscally responsible by reducing the compensation and benefits of our entire workforce, by eliminating all bonuses, by resorting to personnel layoffs, and by otherwise eliminating or reducing company expenses wherever possible. Although our traditional sources of business financing have suddenly become unavailable to us, we are working diligently to replace those lenders in order to secure other lines of business credit. Eventually, we feel confident that Premier Resorts will be successful in these efforts and that the pressures on our economy and on the travel industry will start to subside. In the meantime, however, Premier Resorts is currently unable to pay its owners the full amounts owed to them under our Rental Agency Agreement. Please be assured, however, that we will be doing everything in our power to bring your account current just as quickly as possible. To accomplish that, we are enclosing your current statement and will shortly be sending you additional information outlining our proposed payments of your full account balance based upon our best business projections. As we move forward, we will also communicate with you monthly with information on the status of your account and with updates on the progress we are making.

For over 20 years, we have worked to build Premier Resorts into one of the oldest and most stable condominium-resort management companies in the nation, which makes our current situation that much more difficult to announce. Despite our current situation, the company maintains as its principal assets its rental contracts and its experienced employees. The relationships we have with our customers and staff is of the upmost importance to us, and our greatest fear is that these temporary financial challenges may



PREMIER RESORTS
*where you belong*

P.O. Box 3000 • 1375 Deer Valley Drive South • Park City, Utah 84060
435-649-4040 • 800-453-3833 • *Fax:* 435-645-8419 • *email:* stay@deervalleylodging.com • *website:* www.deervalleylodging.com

damage those long-term relationships. Having said all of that, Premier Resorts remains a wonderful company and we are pleased to report to you that our employees have been willing to work through this with us. We sincerely hope that you will also allow us the opportunity to pay your account balance as described in this letter, and that you will continue to allow us the opportunity of serving as your rental property manager. Our company's marketing, reservations, lodging, housekeeping, and maintenance professionals all remain eager to serve the interests of you and your property.

Finally, Premier Resorts has worked for many years to earn a reputation for business integrity and we again want you to know that we will be working tirelessly to demonstrate to you the sincerity of this letter and of our commitment to you. We also understand that this news is troubling and that you may have specific questions that need to be answered. As the company's owners, and so that we can answer those questions to your satisfaction, we would be happy to speak with you personally. Please feel free to contact either one of us at your convenience. Our direct contact information is:

Barbara Zimonja, President
Direct Tel. (435) 655-4801
bzimonja@premier-resorts.com

Brad Goulding, CFO
Direct Tel. (435) 655-4802
bgoulding@premier-resorts.com

We are indebted to you for your patience and business loyalty and we deeply regret any temporary problems this may cause to you in your financial planning.

Sincerely,

Barbara Zimonja

Bradley T. Goulding

Enclosure

2