**The below described is SIGNED.**

**Dated: January 12, 2010** _____
                            JUDITH A. BOULDEN
                            U.S. Bankruptcy Judge



_____

Danny C. Kelly (1788)
Mark E. Hindley (7222)
STOEL RIVES LLP
201 South Main Street, Suite 1100
Salt Lake City, UT 84111
Telephone: (801) 578-6979/Fax: (801) 578-6999
DCKelly@stoel.com
Counsel for Trustee Steven R. Bailey

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Case No. 09-24140 |
|---|---|
| PRU, Inc. f/k/a PREMIER RESORTS OF UTAH, INC., | Chapter 7 |
| | [Filed Electronically] |
| Debtor. | |

**ORDER GRANTING TRUSTEE'S *EX PARTE* MOTION FOR AN ORDER
AUTHORIZING THE EXAMINATION OF PREMIER RESORTS INTERNATIONAL,
INC. PURSUANT TO RULE 2004 OF THE FEDERAL RULES OF BANKRUPTCY
PROCEDURE**

Having considered the "*Ex Parte* Motion for An Order Authorizing the Examination of

Premier Resorts International, Inc. pursuant to Rule 2004 of the Federal Rules of Bankruptcy

SaltLake-510578.1 0033154-00002
Filed: 01/11/10

Procedure" (the "Motion") filed by Steven R. Bailey, the duly appointed trustee in the above-captioned chapter 7 case of PRU, Inc, f/k/a Premier Resorts of Utah, Inc., and good cause appearing, the Court hereby orders that:

1. The Motion is GRANTED.

2. Premier Resorts International, Inc. shall produce for inspection and copying at the law firm of Stoel Rives LLP, 201 South Main Street, Suite 1100, Salt Lake City, Utah 84111 by 5:00 p.m. on **February 1, 2010** all records and documents identified on **Exhibit A** hereto.

3. Premier Resorts International, Inc. shall cause an official representative who is qualified and knowledgeable as to contents of the documents identified on **Exhibit A** and the topics listed on **Exhibit B**, to appear and submit to an examination, to be taken under oath before a Certified Court Reporter, at the law firm of Stoel Rives LLP, 201 South Main Street, Suite 1100, Salt Lake City, Utah 84111, at 9:00 a.m., **February 5, 2009** and to continue thereafter until completed. The oral examination shall relate to the topics set forth on **Exhibit B** hereto, and all other topics permitted by Rule 2004.

# EXHIBIT A

## DEFINITIONS

A.  "PRI" shall mean Premier Resort International, Inc. together with all of its subsidiaries, affiliates, and related entities.

## DOCUMENTS TO BE PRODUCED

4.  Documents sufficient to identify and describe all assets owned by PRI, including, but not limited to all personal and real property, accounts receivables and equitable interests in any assets, and the location of such assets.

5.  Documents sufficient to identify the interest of any secured creditor on assets owned by PRI, or any liens attached to assets owned by PRI.

6.  Documents sufficient to show any and all interests that PRI has, or has had since January 1, 2008, in any other entity, partnership or joint venture.

## EXHIBIT B

## TOPICS OF EXAMINATION

1. PRU's assets and the status and/or disposition thereof.

2. PRU's income, sources thereof, and accounting thereof

3. PRU's expenses, expenditures, and accounting thereof.

4. PRU's relationship with PRI.

5. Bank accounts relating to PRU.

6. Intercompany accounts and transfers.

7. PRU's and PRI's finances and financial documents.

8. PRU's former business.

9. PRI's business.

10. PRI's assets and the status, location and/or disposition thereof.

11. Liens, judgments and secured interests on the assets of PRI.

12. PRI's income, sources thereof, and accounting thereof.

13. PRI's expenses, expenditures, and accounting thereof.

14. PRI's relationship with related entities, including loans to affiliated entities.

15. Payments to insiders and of any dividends or extraordinary transfers of funds.

16. The transition of business of and services provided by PRU from PRU to other entities.

17. All documents produced in this case.

18. All litigation to which PRU and/or PRI has been a party.

-------------------------------------------END OF DOCUMENT-------------------------------------------